IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERALDINE RAWLINSON,<br><br>      Plaintiff<br><br>v.<br><br>THE LAW OFFICES OF WILLIAM M. RUDOW, LLC.<br><br>      Defendant | CIVIL ACTION NO.: _____ |

## NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b)

The Law Offices of William M. Rudow, LLC, hereby gives notice that this action is removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland. This notice is being given pursuant to 28 U.S.C. §1441 and §1446. In support of the notice of removal, Defendant states as follows:

1. On May 7, 2010, Defendant was served with a suit filed by the Plaintiff in the Circuit Court for Frederick County, Maryland (Case No. CAL10-05792).

2. Copies of all process, pleadings and other papers contained in the state court file are attached hereto in this filing.

3. The parties to this action are:

   A) Geraldine Rawlinson, a resident of Prince George's County, Maryland.

   B) The Law Offices of William M. Rudow LLC.

4. Plaintiff alleges a cause of action under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et. seq.).

5. This Court has original jurisdiction over the subject matter of the pursuant to 28 U.S.C. §1331.

6. The Complaint also alleges state law causes of action which are based on the same nucleus of facts for which this Court has jurisdiction pursuant to 28 U.S.C. §1367.

7. Pursuant to 28 U.S.C. §1441, this case may be removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

    THE LAW OFFICES OF RONALD S. CANTER, LLC

    /s/ Ronald S. Canter
    Ronald S. Canter, Esquire
    11300 Rockville Pike, Suite 1200
    Rockville, MD 20852
    Telephone:  301-770-7490
    Facsimile:  301-770-7493
    E-Mail:  rcanter@roncanterllc.com
    Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by First Class Mail, Postage Prepaid on this 3rd day of June 2010 to:

    Ernest P. Francis, Esquire
    Ernest P. Francis, LTD.
    1655 North Fort Myer Drive, Suite 700
    Arlington, VA 22209
    Attorney for Plaintiff

    Clerk, Circuit Court for
    Prince George's County
    14735 Main Street Room 171M
    Upper Marlboro, MD 20772

    /s/ Ronald S. Canter
    Ronald S. Canter, Esquire
    Attorney for Defendant