IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GERALDINE RAWLINSON** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 10-1450** |
| | * | |
| **THE LAW OFFICES OF WILLIAM M. RUDOW, LLC** | * | |
| | * | |
| | * | |
| Defendant | * | |

## FINAL ORDER OF JUDGMENT

Upon consideration of Defendant's Motion to Dismiss [Paper No. 4] and Plaintiff's Opposition thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 10th day of September, 2010

**ORDERED**

1. Defendant's Motion to Dismiss [Paper No. 4] is **GRANTED**;

2. Defendant's Motion for Attorney Fees [Paper No. 13] is **DENIED**;

3. Final Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

4. The Clerk of the Court is directed to **CLOSE** the case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**