IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| GERALDINE RAWLINSON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE LAW OFFICES OF WILLIAM M. )<br>RUDOW, LLC, n/k/a Rudow Law Group, LLC )<br>)<br>Defendant. )<br>) | Civil Action 8:10-cv-01450-PJM |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby dismiss this action with prejudice with each party to bear it own costs and attorney's fees.

Respectfully submitted,

_____
Ernest P. Francis
Federal Bar No. 12263
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
Fax (703) 683-2785
E-mail: epfrancisltd@verizon.net

Counsel for Plaintiff

_____
Ronald S. Canter
Federal Bar No. 01024
LAW OFFICES OF RONALD S. CANTER, LLC
200 A Monroe Street
Suite 104
Rockville, MD 20850
(301) 424-7490
Fax (301) 424-7470
E-mail: rcanter@roncanterllc.com

Counsel for Defendant